UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

United States of America,

                    Plaintiff,

        -against-

Emilio Ortiz

                    Defendant.

_____

7:21-MJ-8357(MRG)

**J U D G M E N T**

The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on September 29, 2021 accepted the defendant's plea of guilty to the charge of Disorderly Conduct, in violation of the provisions of section 240.20 of the Penal Law of the State of New York, in full satisfaction of the Misdemeanor Complaint filed on August 26, 2021, it is,

        ORDERED, ADJUDGED AND DECREED that the Defendant Emilio Ortiz, is,

sentenced to

    (1) A conditional Discharge for a term of one (1) year on the conditions that:

        (a) The defendant pays restitution to the Department of Veterans Affairs in the amount of $1,000.00 within thirty (30) days,

    (2) Debarment from Veterans Affairs property during the one-year ACD term, and

    (3) A compliance conference will be scheduled for October 29, 2021 to see if the $100.00 restitution was satisfied.

Dated: _Sept 8, 2022_
Poughkeepsie, N.Y.

                                        SO ORDERED:

                                        _____
                                        Hon. Martin R. Goldberg