UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____x
United States of America,

                        Plaintiff,                Case No.7:21MAG8357(KPB)

  -against-

Emilio Ortiz

                        Defendant.
_____x

## ORDER

On September 29, 2021 the Court ordered a one (1) year ACD with the following conditions: (a) The defendant pay restitution to the Department of Veterans Affairs in the amount of $1,000.00 within thirty (30) days, and (2) Debarment from Veterans Affairs property during the one-year ACD,

The Department of Veterans Affairs having confirmed that the restitution was paid on November 2, 2021 and the one year ACD term having been satisfied,

IT IS HEREBY ORDERED, that the above-captioned case is now dismissed and closed.

Dated: 21st day of October, 2022
       White Plains, New York

                                                  SO ORDERED.

                                                  Hon. Kim P. Berg
                                                  United States Magistrate Judge